## MISCELLANEOUS DISMISSALS

**96–923.** Brozinick v. Sunnyvale Pub. Safety. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

**96–952.** Daigle v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

**96–953.** Phlipot v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

**96–954.** Schroeder v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

**96–969.** Price v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

**96–989.** Anderson v. Korb. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

**96–1069.** Capaldi v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

*Tuesday, May 14, 1996*

## MOTION DOCKET

**96–959.** Benner v. Hammond. *Ross County*, No. 96CA2116. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of execution of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

RESNICK and STRATTON, JJ., dissent.

*Wednesday, May 15, 1996*

## MERIT DOCKET

**96–480.** Smith v. Record Custodian, Ohio Dept. of Pub. Safety, Bur. of Motor Vehicles. In Mandamus. On answer of respondent. *Sua sponte*, the cause is dismissed without prejudice for failure of relator to comply with the affidavit requirement of S.Ct.Prac.R. X(4)(B).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–516.** State v. Caslin. *Franklin County*, No. 94APA11–1589. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–701.** State ex rel. Graves v. Callahan. In Mandamus and Procedendo. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.